UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 1:25-cv-12984-RGS

STERLING ROBINSON,
    Plaintiff,

v.

CITY OF NEW BEDFORD, NATHANIEL
ALMEIDA AND TIMOTHY SOARES,
    Defendants.

### AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

I, James M. Caramanica, on oath depose and state as follows:

1. I represent the plaintiff in the above-captioned matter.

2. Attached hereto is Exhibit 1, which is a copy of the tender of plea sheet in the criminal case against the Plaintiff in the New Bedford District Court.

3. I was not able to obtain this plea sheet prior to the filing of the Plaintiff's Opposition to Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P.12(B)(6).

4. Defendants' had filed a copy of the docket history sheet, which was incomplete, with the Defendants' filing.

5. The attached tender of plea is the tender of plea noted on the docket dated 2/23/24. It is submitted herewith to allow the Court to have the actual plea and note the plea was to a reduced charge.

Signed under the pains and penalties of perjury this 3rd day of February, 2026.

                                                          _____
                                                          James M. Caramanica, BBO #565882
                                                          Law Office of James M. Caramanica
                                                          120 North Main St., Suite 306
                                                          Attleboro, MA 02703
                                                          (508) 222-0096
                                                          Email: caramanicalaw@gmail.com

Dated: 2/3/26

## CERTIFICATE OF SERVICE

I certify that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                                                       _____
                                                       James M. Caramanica