UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Sterling Robinson</u>**
    Plaintiff

  V.

CIVIL ACTION

NO. **1:25-cv-12984-RGS**

**<u>City of New Bedford et al</u>**
    Defendants

**<u>ORDER OF DISMISSAL</u>**

<u>Stearns, D. J.</u>

  In accordance with the Court's Order entered February 18, 2026 [Doc. No. 14] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>

                By the Court,

<u>2/18/2026</u>                <u>/s/ Jacqueline Martin</u>
 Date                   Deputy Clerk